■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOVANTE SLATER, Appellant. [46 NYS3d 807]—Appeal by the defendant, as limited by his brief, from a sentence of the County Court, Dutchess County (Greller, J.), imposed September 17, 2014, consisting of a determinate term of imprisonment of 8½ years plus a period of two years of postrelease supervision, upon his conviction of criminal possession of a controlled substance in the third degree, upon his plea of guilty, on the ground that the sentence was illegal or, in the alternative, excessive.

Ordered that the sentence is modified, as a matter of discretion in the interest of justice, by reducing the sentence from a determinate term of imprisonment of 8½ years to a determinate term of imprisonment of six years.

Contrary to the defendant's contention, his sentence was not imposed on the basis of materially untrue assumptions or misinformation (*see People v Naranjo*, 89 NY2d 1047, 1049 [1997]).

The sentence was excessive to the extent indicated (*see People v Suitte*, 90 AD2d 80, 86 [1982]). Rivera, J.P., Dillon, Chambers and Hinds-Radix, JJ., concur.